Thomas J. Leanse, Cal Bar No. 84638
Brian D. Huben, Cal Bar No. 134354
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, 26th Floor
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Landlord Creditors
The Macerich Company,
Caruso Affiliated Holdings,
West Valley Properties, Inc., and
Sima Management Corporation

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>COPELANDS' ENTERPRISES, INC.,<br><br>Debtor. | Case No. 06-10853 (MFW)<br><br>Chapter 11<br><br>**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019** |

I, Brian D. Huben, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and a partner with the law firm of Katten Muchin Rosenman LLP ("Katten"). I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2. Thomas J. Leanse, a partner with Katten, and I, are the attorneys primarily responsible for representing the following creditors (collectively referred to as the "Landlords") in connection with the above entitled case:

\\\

\\\

(1) The Macerich Company, c/o Stephen L. Spector, Esq., 401 Wilshire Blvd., Suite 700, Santa Monica, California 90401, Landlord and/or managing agent for the shopping center known as Valley River Center located in Eugene, Oregon.

(2) West Valley Properties, Inc., c/o Lisa Barton-Olt, Esq., 280 Second Street, Suite 230, Los Altos, CA 94022, Landlord and/or managing agent for the shopping center known as The Promenade located in Modesto, California.

(3) Caruso Affiliated Holdings, c/o Dan Burgner, Esq., 101 The Grove Drive, Los Angeles, CA 90036, Master Landlord and/or managing agent for the shopping center known as The Promenade at Westlake located in Thousand Oaks, CA.

(4) Sima Management Corporation, c/o Kevin Burnes, 115 W. Canon Perdido Street, Suite 200, Santa Barbara, California 93101, Landlord and/or managing agent for the premises located at 1137 State Street, Santa Barbara, California.

3. The Landlords currently hold unsecured pre-petition claims, unsecured rejection claims and/or post-petition administrative claims for unpaid rent and other charges. The full amount of each of the Landlords' claims is undetermined at this time.

4. The Landlords have all retained Katten to represent them with respect to their interests in connection with the above captioned case. All parties are being billed on a monthly basis. All parties are aware of Katten's representation of other clients in this matter.

5. Each of the Landlords has waived the conflict of interests that might exist between them as a result of Katten's joint representation.

\\\

\\\

KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel 310.788.4471 fax

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 22, 2006

KATTEN MUCHIN ROSENMAN LLP
Thomas J. Leanse
Brian D. Huben

By [signature]
Brian D. Huben
Attorneys for Landlord Creditors
The Macerich Company,
Caruso Affiliated Holdings,
West Valley Properties, Inc., and
Sima Management Corporation

Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel 310.788.4471 fax

KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel 310.788.4471 fax

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067-3012. On August 22, 2006, I served the foregoing document:

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

| | |
|---|---|
| **X** | **BY FACSIMILE** – I sent such document from facsimile machine 310.788.4471 on August 22, 2006. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 310.788.4471 which confirms said transmission and receipt. |
| **X** | **BY MAIL** – by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below. |

**Debtor's Counsel (Via Facsimile)**

James E. O'Neill, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 No. Market Street, 16th Floor
Wilmington, DE 19899-8705
**Fax (302) 652-4400**

Marc A. Beilinson, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
**Fax (310) 201-0760**

**Office of the U.S. Trustee (Via U.S. Mail)**

Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19899-0035

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 22, 2006, at Los Angeles, California.

Suzette M. Tabor